1128

No. 95–7157. SIMMONS v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 95–7161. WOODRUFF v. TEXAS. Ct. App. Tex., 3d Dist. Certiorari denied.

No. 95–7162. WILLIAMS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 95–7163. WHISENAND v. CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 95–7168. WOMACK v. DUNN ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–7169. TYSON v. MAZURKIEWICZ, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW. C. A. 3d Cir. Certiorari denied.

No. 95–7170. YOUNG v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. 2d 836.

No. 95–7172. GASTER v. STATE-RECORD CO., INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–7173. HUNTER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 95–7174. GLANT v. GLANT. Dist. Ct. App. Fla., 1st Dist. Certiorari denied.

No. 95–7177. CAMPBELL v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 95–7179. MU'MIN v. THOMPSON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–7180. JAFFER v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 95–7183. MOORE v. THOMAS, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.